UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Timothy H. Bradley</u>

        v.                                             Civil No. 07-cv-11-JD

<u>United States of America</u>


## SEALED ORDER

The government has filed an ex parte motion requesting access to financial statements of petitioner Bradley in connection with his § 2255 petition.

Instead of filing a straightforward request with a general statement of purpose, the government in its motion sets forth detailed serious allegations against petitioners Bradley and O'Dell. In the opinion of the court, it is inappropriate for the court to be privy to these serious allegations on an ex parte basis, some of which may have a bearing on the pending petitions. Under these circumstances, the petitioners are entitled to be informed of the contents of the ex parte motion.

Therefore, the words "ex parte" are struck from the title of the motion, the government is ordered to serve petitioners' counsel with a copy of the motion, and the government shall show cause by September 21, 2007, why the motion should remain under seal.

SO ORDERED.


September 17, 2007                               /s/ Joseph A. DiClerico, Jr.
                                                                 Joseph A. DiClerico, Jr.
                                                                 United States District Judge


cc:     Aixa Maldonado-Quinones, Esq.